**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) CRIMINAL NO. 08-30139-02-GPM |
| **MARGARET DIEKEMPER,** | ) ) ) |
| **Defendant.** | ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant Margaret Diekemper pleaded guilty to Count 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **March 9, 2009, at 8 a.m.,** at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 12/17/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge